Willard J. Dixon, for appellant. Bunge, Harbour & Schmidt, for appellee John A. Godfrey.

Mr. Justice Gridley delivered the opinion of the court.

---

Foote Concrete Machinery Company, appellee, v. Gustav C. Anders, appellant. Gen. No. 26,040.

Suit by the indorsee of a promissory note against the maker. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 24, 1921.

Grossberg & Haffenberg, for appellant. Bulkley, More & Tallmadge, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

John W. Brown and John E. Brown, trustee, defendants in error, v. Alwina Otto, also known as Alwina Steger, and William H. Otto, also known as Wilhelm H. Otto, et al., plaintiffs in error. Gen. No. 23,483.

Bill to foreclose a trust deed. Decree of foreclosure. Error to the Superior Court of Cook county; the Hon. C. F. Irwin, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 24, 1921.

Edward Roby, for plaintiffs in error. John S. Hummer, for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.

---

# FOURTH DISTRICT.

---

Frank Doll, defendant in error, v. Russell & Allison Drainage District et al., plaintiffs in error.

Action on the case for damages to land by overflows. Judgment for plaintiff. Error to the Circuit Court of Lawrence county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Eagleton, J., took no part in the hearing of this case. Opinion filed October 28, 1920. *Certiorari* denied by Supreme Court (making opinion final).

McGaughey, Tohill & McGaughey, for plaintiffs in error. Gee & Gee and P. W. Barnes, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.